# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED

AUG 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

PATRICE DAVIS,

CR26 00432 HSG

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) - felon in possession of firearm and ammunition;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) - forfeiture allegation

A true bill.

Carolyn Kume

Foreman

Filed in open court this 27th day of

August, 2026.

Cindy C. Fan

Clerk

Kandis Westmore

Bail, $ No bail- Arrest Warrant

Hon. Kandis A. Westmore, US Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED
AUG 27 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PATRICE DAVIS,<br>Defendant. | CASE NO. CR26 00432 HSG<br><br>VIOLATION:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about January 15, 2024, in the Northern District of California, the defendant,

PATRICE DAVIS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Glock Model 27 pistol bearing serial number GGN375, and loaded with ammunition, namely, twenty-two rounds of .40 caliber Sellier & Bellot ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

///

///

<u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

PATRICE DAVIS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

a. Glock Model 27 pistol bearing serial number GGN375 and 22 rounds of .40 caliber Sellier & Bellot ammunition, recovered in Oakland CA, on or about January 15, 2024.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

///

///

///

///

///

///

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: August 27, 2026

A TRUE BILL.

[signature]

FOREPERSON
OAKLAND, CALIFORNIA

CRAIG H. MISSAKIAN
United States Attorney

/s/ Jonah Ross

JONAH P. ROSS
Assistant United States Attorney